IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHLEEN BONNELL, | ) | 8:08CV384 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 14) is granted, and the briefing schedule is modified as follows:

1. Plaintiff shall file a brief by February 9, 2009;

2. Defendant shall file a brief by March 11, 2009;

3. Plaintiff may file a reply brief by April 10, 2009; and

4. This case shall be ripe for decision on April 13, 2009.

January 8, 2009.                    BY THE COURT:


                                    s/ *Richard G. Kopf*
                                    United States District Judge